Marc J. Randazza, Esq. CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
mjr@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LIBERTY MEDIA HOLDINGS, LLC | ) ) ) | Case No. 12-cv-3428-RGK-FMO |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | **AMENDED AND CORRECTED PROOF OF SERVICE** |
| vs. | ) ) ) | |
| JOHN DOE and KYAW AUNG, | ) ) ) | |
| Defendants | ) ) ) | |

1

# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| State of: | California | Court: | United States District Court |
| County of: | | Court Case #: | CV12-3428 |
| | | Court Date: | |
| | | Issued Date: | 4/20/2012 |
| Plaintiff: | | Our Case #: | A1966-24 |
| Liberty Media Holdings, LLC | | Client's ref #: | CV12-3428 |

**Defendant:**
John Doe and Kyaw Aung

**For:**
Erika Dillon
Liberty Media Holdings, LLC
10620 Southern Highlands Parkway # 110-454
Las Vegas, NV 89141

Received by Counter Intelligence Services on the 8th day of June 2012 to be served on Kyaw Aung, located at 1573 S Reservoir Street Apt. F Pomona CA 91766.

I, Tressy Capps, duty sworn, declare that on the 16th day of June 2012 at 11:36 AM, I INDIVIDUALLY SERVED this paper of process SUMMONS IN A CIVIL ACTION by leaving a copy at the within named person's usual place of residence.

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

Tressy Capps
Lic#: SB#484
Process Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

NOTARY PUBLIC    (Signature & Seal)

Subscribed and Sworn to, before me on 16th day of June 2012

☒ Personally Known
☐ Provided ID_____

Copyright © 2006 - 2012, Virtual Case Management, LLC



BRUCE J. ANDERSON
Commission # 1943123
Notary Public - California
Los Angeles County
My Comm. Expires Jul 30, 2015

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Liberty Media Holdings, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. **CV 12-3428-RGK** |
| John Doe and Kyaw Aung | ) **(FMOx)** |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kyaw Aung
1573 S Reservoir St, Apt. F
Pomona, CA 91766

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc J. Randazza, Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 20 2012                         _____
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kyaw Aung__
was received by me on *(date)* __June 11, 2012__.

☒ I personally served the summons on the individual at *(place)* __1573 S. Reservoir St. Apt.F Pomona, CA 91766__ on *(date)* __6/16/2012   11:36AM__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __June 19, 2012__

*Server's signature*

__Tressy Capps Registered Process Server__
*Printed name and title*
San Bernardino County no. 484

Counter Intelligence Services
9 SW 13th St., Second Floor, Fort Lauderdale, FL 33315
*Server's address*

Additional information regarding attempted service, etc: