NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

William Skinner    SBN 257139
12240 Venice Blvd, Suite 12
Los Angeles, CA 90066
(800) 659-5937

ATTORNEYS FOR: Defendant KYAW AUNG

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LIBERTY MEDIA HOLDINGS LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV-12-3428 RGK (FMOx) |
| v. | |
| JOHN DOE and KYAW AUNG | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Kyaw Aung
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| Liberty Media Holdings LLC | Plaintiff |
| Kyaw Aung | Defendant |

7/6/2012
Date

Sign

Attorney for Defendant KYAW AUNG
Attorney of record for or party appearing in pro per

CV-30 (04/10)                               **NOTICE OF INTERESTED PARTIES**