Marc J. Randazza, Esq. CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
mjr@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE and KYAW AUNG,<br><br>Defendants | Case No. 12-cv-3428-RGK-FMO<br><br>**NOTICE OF PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>Hearing Date: August 20, 2012<br>Hearing Time: 9:00 AM<br>Courtroom: 850 |

  Plaintiff Liberty Media Holdings, LLC ("Liberty"), by and through its undersigned attorney, files this Motion to Strike Affirmative Defenses. This motion is made following Plaitniff's attempt to engage Defendant's counsel in a conference pursuant to L.R. 7-3 on July 9, 2012. **Exhibit A.** Defendant's counsel declined to engage in any discussions regarding the motion prior to its filing.

1

**Exhibit B.** Plaintiff made another attempt to meet and confer with Defendant on July 10, 2012. **Exhibit C.** Plaintiff received no response.

Accordingly, and for the reasons states more particularly in the attached Memorandum of Points and Authorities, Plaintiff respectfully moves that this honorable Court for an Order requiring Defendant to amend and correct his affirmative defenses, and, if Defendant fails to do so in a timely manner, strike those affirmative defenses.

Date: July 20, 2012
                       s/Marc J. Randazza
                       Marc J. Randazza, Esq. CA Bar No. 269535
                       Randazza Legal Group
                       6525 Warm Springs Rd., Suite 100
                       Las Vegas, NV 89118
                       888-667-1113
                       305-437-7662 (fax)
                       mjr@randazza.com