# EXHIBIT C

Exhibit C 24

**RANDAZZA LEGAL GROUP**

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Nevada
Arizona
Florida

RONALD D. GREEN
Licensed to practice in
Nevada

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

BETH A. HUTCHENS
Licensed to practice in
Arizona
U.S. Patent Office

ALEX COSTOPOLOUS
Licensed to practice in
Florida

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
1212 East Osborn
Suite 104
Phoenix, AZ 85014
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

Correspondence from:
Marc J. Randazza, Esq.
mjr@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

July 10, 2012

<u>Via Email and Fax</u>
Will@SkinnerEsq.com
800-601-9076 (fax)

William Skinner
12240 Venice Blvd., Suite 12
Los Angeles, CA 90066

  *Re: Liberty Media Holdings, LLC v. John Doe and Kyaw Aung*
   *C.D. Cal. Civil Case No. 12-3428*

Dear Mr. Skinner:

I am in receipt of your fax sent on July 10, 2012 at 3:00:04 PM EDT. Despite the brusque manner in which you dismissed my attempt to open a dialogue on the matter of the affirmative defenses, I am writing to you again to ask you to reconsider meeting and conferring on these issues.

I will delay the filing of my motion by another day in order to allow you the opportunity reconsider engaging in an attempt to come to an agreement, rather than burdening the Court with motion practice.

    Best regards,

    *[signature]*

    Marc. J. Randazza

Exhibit C 25