UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE and KYAW AUNG,<br><br>Defendants | Case No. 12-cv-3428<br><br>**DECLARATION OF ALLAN B. GELBARD IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES AND COSTS PURSUANT TO RULE 4(D)(2)**<br><br>Hearing Date: August 20, 2012<br>Hearing Time: 9:00 AM<br>Courtroom: 850 |

I, ALLAN B. GELBARD, hereby declare under penalty of perjury:

    1.    I am an attorney licensed to practice in the State of California and admitted to the bars of the Central, Southern, and Northern Districts of California, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

    2.    I have been a practicing attorney since 1996.

3. I am generally familiar with the normal hourly rates of attorneys in the state of California, and in particular the rates charged by attorneys who represent clients in the Los Angeles area and before the United States District Courts. That familiarity arises from litigating cases personally and also from reviewing documents from litigation in which I am not directly involved.

4. In the time I have known Attorney Marc Randazza, I have become familiar with his firm's work in the field of intellectual property law – and particularly in the fields of copyright and internet law. The attorneys of the Randazza Legal Group consistently demonstrate that they are some of the top attorneys in those fields.

5. I am aware that Attorney Randazza is a former professor of intellectual property law, a frequent writer and commentator on the area, and as such, his opinions and expertise in this field carry significant weight.

6. I have worked as co-counsel with Attorney Randazza on cases in the past, and I have learned that his reputation as a top mind in this field is well-deserved. I found him to be effective, focused on the client's needs, and quite reasonable in his expenditure of time.

7. The Randazza Legal Group, in my opinion, employs very knowledgeable attorneys, who are uniquely suited to handle Liberty Media Holdings, LLC's case. Attorney Randazza's billing rate of $500 per hour is

1 reasonable and commensurate with the rate charged by other attorneys of like
2 caliber.
3
4     8.    I am familiar with this Action. I am informed that Attorney Randazza
5 is claiming that he has spent 3.8 hours on Rule 4 related issues, up to and including
6 the instant motion. I have reviewed his billing entries attached as Exhibit E, and I
7 find that in my professional opinion, he has handled the matter reasonably,
8 efficiently and cost-effectively.

Dated this 20th day of July, 2012 in Los Angeles, California.

_____
Allan B. Gelbard, Cal. Bar #184971