# EXHIBIT A

**RANDAZZA LEGAL GROUP**

Correspondence from:
Marc J. Randazza, Esq.
mjr@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Arizona
Florida

JESSICA S. CHRISTENSEN
Licensed to practice in
California

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

ALEX COSTOPOLOUS
Licensed to practice in
Florida

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite Number 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Toronto**
3230 Yonge Street,
Suite Number 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

April 25, 2012

<u>Via UPS</u>
Kyaw Aung
1573 S Reservoir St, Apt F
Pomona, CA 91766

*Re: Central District of California No. 2:12-cv-03428-RGK-FMO
Liberty Media Holdings, LLC v. John Doe and Kyaw Aung*

Dear Mr. Aung:

Enclosed please find the following documents relating to the above-referenced matter:

- CV-39, Notice of Lawsuit and Request to Waive Service of Summons;
- CV-108, Waiver of the Service of Summons;
- AO 85, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction
- An envelope with postage for return of the executed forms to counsel for the Plaintiffs; and
- The Complaint, documents attached to the complaint, and all other documents currently filed with the Court in this matter.

As discussed on the CV-39, this is not an official service of the documents filed with the court. This is merely a request that you accept service in this manner to avoid the expenses of official service. Should you refuse service in this manner, Plaintiff will ask the court to require you to pay the expenses associated with service. Please be sure to read the section entitled "Duty to Avoid Unnecessary Expenses of Serving a Summons" at the bottom of the Cv-108 form.

Should you choose to waive service, this document must be returned to Plaintiff by June 4, 2012. This date provides for the 35 days as listed in the CV-39 with an additional three (3) days to allow for mailing.

Best regards,

Marc. J. Randazza

Enclosed: Self-addressed stamped envelope; complaint, exhibits and documents filed with court; CV-39; CV-108; AO 85.

Exhibit A  11