# EXHIBIT C

Exhibit C 14



# Shipment Receipt

**Transaction Date:** 25 Apr 2012                **Tracking Number:**                1Z04X0V70294168802

| 1 | Address Information |

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| KYAW AUNG | RANDAZZA LEGAL GROUP | LIBERTY MEDIA |
| 1573 S RESERVOIR ST APT F | MARC J. RANDAZZA | JOHN MANCINI |
| POMONA CA 917665478 | 6525 WARM SPRINGS ROAD | 4262 BLUE DIAMOND RD |
| Residential | STE 100 | STE 102-377 |
|  | LAS VEGAS NV 89118 | LAS VEGAS NV 89139 |
|  | Telephone:7186859663 | Telephone:6198665982 |

| 2 | Package Information |

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | 0.2 lbs (Letter billable) | UPS Letter | 0.00 | |

| 3 | UPS Shipping Service and Shipping Options |

| **Service:** | UPS 2nd Day Air | |
|---|---|---|
| **Shipping Fees Subtotal:** | 16.70 USD | **Additional Shipping Options** |
| Transportation | 11.65 USD | **Quantum View Notify E-mail Notifications:** No Charge |
| Fuel Surcharge | 2.05 USD | 1 erika@libertymediaholdings.com:   Exception, Delivery |
| Declared Value | | |
| Package 1 | 0.00 USD | |
| **Residential Surcharge** | 3.00 USD | |

| 4 | Payment Information |

| **Bill Shipping Charges to:** | Shipper's Account 04X0V7 |
|---|---|

| Daily rates were applied to this shipment | |
|---|---|
| **Total Charged:** | **16.70 USD** |

**Note: Your invoice may vary from the displayed reference rates.**
* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.
**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z04X0V70294168802 |
| **Service:** | UPS 2nd Day Air® |
| **Weight:** | .20 lb |
| **Shipped/Billed On:** | 04/25/2012 |
| **Delivered On:** | 04/26/2012 2:30 P.M. |
| **Delivered To:** | 1573 S RESERVOIR ST<br>F<br>POMONA, CA, US   91766 |
| **Left At:** | Front Door |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   06/19/2012 5:25 P.M.   ET

Print This Page                                   Close Window

United States

Welcome, John Mancini | Logout | Contact UPS | The UPS Store | Search

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

Tracking Number | Track | View Tracking History | Other Tracking Options

## Tracking Detail

Print Help A A A

**1Z04X0V70294168802** Add Description

Updated: 06/19/2012 5:25 P.M. Eastern Time

### Delivered

**Delivered On:**
Thursday, 04/26/2012 at 2:30 P.M.

**Left At:**
Front Door

Proof of Delivery

**Request Status Updates »**

**Report a Claim »**

### Shipping Information

**To: 1573 S RESERVOIR ST**
F
POMONA, CA, 91766, US

### Shipped By

**UPS 2nd Day Air®**

### Additional Information

| | |
|---|---|
| **Shipped/Billed On:** | 04/25/2012 |
| **Type:** | Package |
| **Weight:** | 0.20 lb |

### Shipment Progress

What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Ontario, CA, United States | 04/26/2012 | 2:30 P.M. | Delivered |
| | 04/26/2012 | 6:18 A.M. | Out For Delivery |
| | 04/26/2012 | 3:09 A.M. | Arrival Scan |
| Las Vegas, NV, United States | 04/25/2012 | 10:31 P.M. | Departure Scan |
| | 04/25/2012 | 9:41 P.M. | Origin Scan |
| | 04/25/2012 | 4:18 P.M. | Pickup Scan |
| United States | 04/25/2012 | 6:54 P.M. | Order Processed: Ready for UPS |

Back to Shipping History

Subscribe to UPS E-mail: Modify E-mail Preferences View Examples Site Feedback

**Contact UPS**
Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

**Support**
Open a Shipping Account
Manage Accounts
Access Billing Options
Change Your Delivery

**Solutions for:**
Healthcare
Small Business
High Tech
More...

**Other UPS Sites:**
Select a website

WE ♡ LOGISTICS

Home About UPS Site Guide Investors Careers Pressroom UPS Global UPS Mobile UPS Blog

Service Terms and Conditions Website Terms of Use Privacy Notice Your California Privacy Rights Protect Against Fraud

Copyright © 1994-2012 United Parcel Service of America, Inc. All rights reserved.

