# EXHIBIT D

**Counter Intelligence Services**
Corporate Head Quarters
9 SW 13th Street,
Second Floor,
Fort Lauderdale, FL 33315,
954-764-7393



# Invoice

| Date | Invoice # |
|---|---|
| 6/8/2012 | 17985 |

| BILL TO |
|---|
| **Client Rep:Erika Dillon** |
| Liberty Media Holdings, LLC |
| 10620 Southern Highlands Parkway |
| # 110-454 |
| Las Vegas, NV, 89141 US |

| Client Ref | Rep | Payment Terms | Case # |
|---|---|---|---|
| CV12-3428 | Darren L Epstein | Due upon receipt | A1966-24 |

| CODE/SKU# | DESCRIPTION | QTY | RATE | TAX | DUE | PAID | SUBTOTAL |
|---|---|---|---|---|---|---|---|
| 100.27 | Process Services Nationwide - (non taxable) - - Kyaw Aung | 1 | $150.00 | 0% | $150.00 | $0.00 | $150.00 |

| | |
|---|---|
| Subtotal | $150.00 |
| Total Paid | $0.00 |
| Total Due | $150.00 |

Disclaimer: Thank you for your business! FEIN: 65-1067368. Invoices are due upon receipt & late after 30 days. If invoices are not paid within this time frame a minimum $25 or 1.5% late fee (whichever is greater) will be assessed to each invoice monthly. If it becomes necessary to enter into arbitration or litigation to collect same, the employer (client) agrees to pay all collection costs, attorney fees and court costs.

Copyright © 2006 - 2012, Virtual Case Management, LLC                Page 1/1

Exhibit D  19