# EXHIBIT E

*Liberty Media Holdings, LLC v. John Doe and Kyaw Aung*
C.D. Cal. Case No. 12-cv-3428

**Time for Marc J. Randazza re Service of Process**

| DATE | TASK | HOURS |
|---|---|---|
| 4/24/2012 | Researching available materials to determine appropriate address for mailing of waiver of service. | .4 |
| 4/25/2012 | Drafting correspondence for waiver of service package; approving and signing items for waiver of service package. | .5 |
| 6/8/2012 | Confirmation that waiver of service is past due; confirmation that materials were delivered to Defendant; engagement of process server. | .3 |
| 6/18/2012 | Review of report from process server; reviewing local rules and case law on remittance of service fees. | .4 |
| 6/29/2012 | Correspondence to Defendant re remittance of fees. | .2 |
| 7/2/2012 | Initiating drafting of motion for service fees. | .6 |
| 7/9/2012 | Correspondence to opposing counsel re service fees; attempting to meet and confer with opposing counsel re LR 3.7 and Motion for Fees. | .3 |
| 7/10/2012 | Reviewing and revising motions and declarations regarding service fees under Rule 4. | .7 |
| 7/20/2012 | Finalizing motion for service fees and preparing documents for filing. | .4 |

**Service of Process Costs**

| ITEM | COST |
|---|---|
| Attorney's Fees | $1,900.00 |
| UPS Shipment of Waiver | $16.70 |
| Process Server Fees | $150.00 |
| **TOTAL** | **$2,066.70** |