# EXHIBIT F

**RANDAZZA LEGAL GROUP**

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Nevada
Arizona
Florida

RONALD D. GREEN
Licensed to practice in
Nevada

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

BETH A. HUTCHENS
Licensed to practice in
Arizona
U.S. Patent Office

ALEX COSTOPOLOUS
Licensed to practice in
Florida

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
1212 East Osborn
Suite 104
Phoenix, AZ 85014
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

Correspondence from:
Marc J. Randazza, Esq.
mjr@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

June 29, 2012

<u>Via UPS</u>

Kyaw Aung
1573 S. Reservoir Street, Apt. F
Pomona, CA 91766-5478

*Re: Invoice for Service Fees in C.D. Cal. 12-cv-3428-RGK-FMO
Liberty Media Holdings, LLC v. John Doe and Kyaw Aung*

Dear Mr. Aung:

As you know, I represent the Plaintiff in the above-captioned matter. On April 25, 2012, we provided you with a waiver of service package that was due returned to us on June 4, 2012. As you did not comply with the requirements of the waiver of service, you were formally served on June 16, 2012.

As stated on the CV-108 that was included in the waiver of service package, "[a] defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause can be shown for its failure to sign and return the waiver."

Accordingly, attached is an invoice for the costs and fees associated with service. Please remit payment for the attached invoice in the enclosed self addressed stamped envelope, lest we be required to pursue these fees before the court.

Best regards,

Marc. J. Randazza

Encl.

# Randazza Legal Group

6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Phone: 888-667-1113  Fax: 305-437-7662

# Invoice

Bill To: Kyaw Aung          Re: Service Fees

1573 S. Reservoir Street
Apartment F
Pomona, CA 91766-5478

| Description | Cost |
|---|---|
| Waiver of Service – Paralegal Time Preparing Waiver of Service Packages – .6 hours x $125/hr | $75.00 |
| Waiver of Service – Attorney Time Supervising Waiver Package Mailing and Reviewing all Docs - .4 hours x $500/hr | $200.00 |
| Waiver of Service –Self Addressed Stamped Envelopes | $.65 |
| Waiver of Service – Printing 31 pages (27 pgs. Court Documents and 4 pgs. Letters & Notices x $.10 per pg) | $3.10 |
| Waiver of Service – UPS Mailing to 1573 S. Reservoir Street, Apt F, Pomona CA 91766-5478 | $16.70 |
| Process Server Fee – Fee for service of process | $150.00 |

|  |  |
|---|---|
| Subtotal: | $445.45 |
| Tax: | $0 |
| Miscellaneous: | $0 |
| Balance Due: | $445.45 |

Exhibit F  24