# EXHIBIT G

**RANDAZZA** | **LEGAL GROUP**

Correspondence from:
**Marc J. Randazza, Esq.**
mjr@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Nevada
Arizona
Florida

RONALD D. GREEN
Licensed to practice in
Nevada

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

BETH A. HUTCHENS
Licensed to practice in
Arizona
U.S. Patent Office

ALEX COSTOPOLOUS
Licensed to practice in
Florida

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
1212 East Osborn
Suite 104
Phoenix, AZ 85014
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

July 9, 2012

Via Email and Fax
Will@SkinnerEsq.com
800-601-9076

William Skinner
12240 Venice Blvd., Suite 12
Los Angeles, CA 90066

*Re: Liberty Media Holdings, LLC v. John Doe and Kyaw Aung
C.D. Cal. Civil Case No. 12-3428*

Dear Mr. Skinner:

As you know, I am counsel of record in the above-captioned case. As you have entered a Notice of Appearance and Answer to the Complaint in this matter, I write to you today regarding Rule 4 service fees.

On April 25, 2012, in full compliance with Rule 4(d)(1), we sent Mr. Aung copies of the documents filed in the above-captioned case, two copies of a service waiver form, notice of the suit and a pre-paid self-addressed return envelope. We allowed Mr. Aung in excess of the thirty days required by Fed. R. Civ. Pro. 4(d)(1)(F), to return the waiver of service. When he failed to do so, we retained professional process servers to handle the matter. After serving Mr. Aung, we compiled an invoice for the fees and costs associated with that service. On July 2, 2012, we received confirmation from UPS that Mr. Aung was in receipt of our invoice for the fees expended to effect service. With the addition of this letter in attempt to collect these fees, Mr. Aung's attached invoice has risen to $645.45.

Accordingly, we write to you now to confirm that Mr. Aung is in receipt of our invoice and intends to pay the invoice. We do not require immediate payment; we do, however require immediate confirmation that payment will be made. If you provide to me, within the next 24 hours, confirmation that Mr. Aung will pay the full amount of the attached invoice, we will give Mr. Aung thirty days to pay the amount required and cease continued collection efforts.

Best regards,

*Marc J. R...*

Marc. J. Randazza

Encl. - Invoice

Exhibit G  26

## Randazza Legal Group

6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Phone: 888-667-1113  Fax: 305-437-7662

# Invoice

**Bill To: Kyaw Aung**

1573 S. Reservoir Street
Apartment F
Pomona, CA 91766-5478

**Re: Service Fees**

c/o William Skinner
12240 Venice Blvd., Suite 12
Los Angeles, CA 90066

| Description | Cost |
|---|---|
| Waiver of Service – Paralegal Time Preparing Waiver of Service Packages – .6 hours x $125/hr | $75.00 |
| Waiver of Service – Attorney Time Supervising Waiver Package Mailing and Reviewing all Docs - .4 hours x $500/hr | $200.00 |
| Waiver of Service –Self Addressed Stamped Envelopes | $.65 |
| Waiver of Service – Printing 31 pages (27 pgs. Court Documents and 4 pgs. Letters & Notices x $.10 per pg) | $3.10 |
| Waiver of Service – UPS Mailing to 1573 S. Reservoir Street, Apt F, Pomona CA 91766-5478 | $16.70 |
| Process Server Fee – Fee for service of process | $150.00 |
| Collection of Fees – Attorney Time Composing Letter to Skinner to Collect Fees - .4 hours x $500/hr | $200.00 |

| | |
|---|---|
| Subtotal: | $645.45 |
| Tax: | $0 |
| Miscellaneous: | $0 |
| Balance Due: | $645.45 |

Exhibit G  27