1  Marc J. Randazza, Esq. CA Bar No. 269535
2  Randazza Legal Group
3  6525 Warm Springs Rd., Suite 100
   Las Vegas, NV 89118
4  888-667-1113
   305-437-7662 (fax)
5  mjr@randazza.com

6
7  Attorney for Plaintiff,
   LIBERTY MEDIA HOLDINGS, LLC

8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA

11                                    )
   LIBERTY MEDIA HOLDINGS,             ) Case No. 12-cv-3428-RGK-FMO
12 LLC                                 )
                                       ) **NOTICE OF DEFENDANT'S NON-**
13                                     ) **OPPOSITION TO PLAINTIFF'S**
                                       ) **MOTION TO STRIKE**
14       Plaintiff,                    ) **AFFIRMATIVE DEFENSES**
                                       )
15       vs.                           )
                                       )
16                                     )
                                       )
17 JOHN DOE and KYAW AUNG,             )
                                       )
18                                     )
         Defendants                    )
19                                     )
                                       )
20 ─────────────────────────────

21       Plaintiff Liberty Media Holdings, LLC files this Notice with respect to its
22
   pending Motion to Strike Affirmative Defenses, filed on July 20, 2012.  ECF 17.
23
24 To date, Defendant Aung has not filed an opposition or written statement that
25 Aung will not oppose the motion (as required by L.R. 7-9).
26
         At present, Aung has offered no opposition to Plaintiff's Motion. Defendant
27
28 received the Plaintiff's filings through the CM/ECF system on July 20, 2012 and,

                                      1

as such, the opposition was due on July 30, 2012. L.R. 7-9. On the chance that this delay was inadvertent, the Plaintiff refrained from filing this motion by nearly three days. Nonetheless, Defendant has not opposed it within the period allowed.

Local Rule 7-9 allows 10 days for the filing of a responsive brief and requires that the opposing brief be filed at least twenty-one (21) days before the hearing. Even if the Defendant were to file today, the Plaintiff would suffer prejudice due to the delay. The Plaintiff's reply to any filed opposition is due fourteen (14) days prior to the hearing, on August 6, 2012. If the Defendant filed an opposition today, the Plaintiff would suffer prejudice in losing nearly half of the reply brief timeline. L.R. 7-9. Given the Plaintiff and Plaintiff's counsel's extremely packed litigation calendar, this would cause extreme hardship, to both client and counsel.[1]

Under the Local Rules and 9th Circuit law, a party's failure to timely oppose a motion constitutes the non-moving party's consent to granting of the motion. *U.S. v. Warren,* 601 F.2d 471, 474 (9th Cir. 1979); *Righthaven LLC v. Newman*, Case No. 2:10-cv-01762, 2011 U.S. Dist. LEXIS 80518 (D. Nev. July 22, 2011) (granting motion to dismiss due to plaintiff's failure, by a matter of mere hours, to timely respond), *aff'd on mtn. to reconsider*, 2011 U.S. Dist. LEXIS 109327 (D.

---

[1] Plaintiff has a Motion for Preliminary Injunction hearing on August 9, 2012 in D. Nev. with briefing due on August 7. Plaintiff also has a response to a Motion to Dismiss due on August 17, 2012. Plaintiff's counsel also has travel plans and other litigation plans based around the calendar as it is currently set.

Nev. Sept. 23, 2011); under Local Rule 7-12, this failure to oppose Plaintiff's Motion means that Aung "may be deemed to consent to the granting … of the motion."

For the above reasons, as well as those set forth in the Motion to Strike Affirmative Defenses (ECF 17), Plaintiff respectfully requests that this Court consider the Motion to be consented to and grant it.

Date: August 2, 2012                        /s/Marc J. Randazza
                                            Marc J. Randazza, Esq. CA Bar No. 269535
                                            Randazza Legal Group
                                            6525 Warm Springs Rd., Suite 100
                                            Las Vegas, NV 89118
                                            888-667-1113
                                            305-437-7662 (fax)
                                            mjr@randazza.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing documents were filed in this Court's CM/ECF system on August 2, 2012, thereby providing service to the Defendant Kyaw Aung's counsel. As the John Doe Defendant has yet to be identified, he cannot yet be served.

Date: August 2, 2012		 *s/Marc J. Randazza*
Marc J. Randazza, Esq. CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
mjr@randazza.com