MITCHELL J. LANGBERG (CA Bar No. 171912)
mlangberg@bhfs.com
LAURA E. BIELINSKI (CA Bar No. 264115)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007
Telephone: (310) 500-4600
Facsimile: (310) 500-4602

Attorneys for Plaintiff
Liberty Media Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE and KYAW AUNG,<br><br>Defendants. | Case No. 2:12-cv-03428-RGK-FMO<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Liberty Media Holdings, LLC ("Plaintiff"), by and through its attorneys of record, the law firm of Brownstein Hyatt Farber Schreck LLP, and Defendant, Kyaw Aung ("Defendant"), by and through his attorneys of record, William Skinner Attorney at Law, hereby submit this Stipulation To Dismiss Entire Action with Prejudice and in support thereof state as follows:

1. Plaintiff initiated the above-referenced case by filing its Complaint on April 29, 2012. Defendant was served with the Summons and Complaint on June 16, 2012;

2. Defendant filed his Answer to Complaint on July 9, 2012;

3. Plaintiff and Defendant have reached a mutually acceptable resolution of this matter and agree to dismiss all claims in this action with prejudice;

4. For the above-outlined reasons, the parties stipulate to dismiss this

litigation in its entirety, with prejudice; and

5. Neither party shall be deemed a prevailing party and, therefore, Defendant shall not pursue any claim for attorneys' fees and costs against Plaintiff related to this litigation.

Dated: September 21, 2012

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ *signature*
MITCHELL J. LANGBERG
LAURA E. BIELINSKI
Attorneys for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

Dated: September 21, 2012

WILLIAM SKINNER ATTORNEY AT LAW

By: /s/ *signature*
WILLIAM B. SKINNER
Attorneys for Defendant
KYAW AUNG