1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
2029 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-3007

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, | Case No.  2:12-cv-03428-RGK-FMO |
|      Plaintiff, | **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| JOHN DOE and KYAW AUNG, | |
|      Defendants. | |

The Court has read and considered the Stipulation to Dismiss Entire Action With Prejudice (the "Stipulation") filed by Plaintiff LIBERTY MEDIA HOLDINGS, LLC ("Plaintiff") and Defendant, KYAW AUNG ("Defendant"). Based upon that Stipulation, and good cause appearing thereof,

IT IS HEREBY ORDERED that:

1.    This action be dismissed in its entirety, with prejudice; and

2.    Neither party shall be deemed a prevailing party and, therefore, Defendant shall not pursue any claim for attorneys' fees and costs against Plaintiff related to this litigation.

Dated: September _____, 2012

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE
2:12-CV-03428-RGK-FMO